UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISIDRO ALVARADO, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-00371 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

On April 10, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion for summary judgment (D.E. 18) be granted, petitioner's request for habeas relief be denied, and that this petition for writ of habeas corpus be dismissed with prejudice as time barred and for failure to state a cognizable claim for federal habeas relief.  The Memorandum and Recommendation further recommended that petitioner be denied a certificate of appealability.  Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that respondent's motion for summary judgment (D.E. 18) is granted, petitioner's request for habeas relief is denied; and this petition for writ of habeas corpus is dismissed with prejudice as time barred and for failure to state a cognizable claim for federal habeas relief.  Petitioner is denied a certificate of appealability.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 30th day of May, 2007.

_____
Janis Graham Jack
United States District Judge